IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Richard MARTINEZ, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF CHICAGO, *et al.*, <br><br> Defendants. | Case No. 20-cv-06252 <br><br> Hon. Mary M. Rowland |

# STATUS REPORT

Defendants, by and through their counsel, Celia Meza, Acting Corporation Counsel for the City of Chicago, respectfully submit this Status Report in connection with the briefing on Plaintiffs' motion for preliminary injunction, and state as follows:

1. On January 13, 2021, Southside Recycling submitted a supplement to its application in response to the deficiency letter issued by the City's Department of Public Health ("CDPH") on December 23, 2020. That supplement has been uploaded to the City's dedicated website related to the application and is under review.[1]

2. As the Court summarized after the last status hearing, the "previously-estimated (earliest) date of February 4, 2021 for a permit to issue [will] be delayed." *See* ECF No. 43. Defendants are in the process of determining the new earliest possible date by which a final permit could issue under the CDPH review guidelines, and will file a subsequent status report as soon as that date is determined.

---

[1] The City's website related to the permit application is https://www.chicago.gov/city/en/sites/rmg-expansion/home.html. The supplement is available via direct link at https://www.chicago.gov/content/dam/city/sites/rgm-expansion/documents/2021-01-13-Southside-Recycling-CDPH-LRF-Permit-App.pdf.

1

| | |
|---|---|
| Date: January 15, 2021 | Respectfully submitted, |
| JOHN L. HENDRICKS<br>john.hendricks@cityofchicago.org<br>ANDREW W. WORSECK<br>andrew.worseck@cityofchicago.org<br>ANDREW S. MINE<br>andrew.mine@cityofchicago.org<br>BRADLEY G. WILSON<br>bradley.wilson@cityofchicago.org<br>City of Chicago Department of Law<br>Constitutional and Commercial<br>  Litigation Division<br>2 North LaSalle Street, Suite 520<br>Chicago, Illinois 60602<br>(312) 744-6975 / 7129 / 7220 / 7686<br><br>*Attorneys for Defendants* | CELIA MEZA,<br>Acting Corporation Counsel for<br>  the City of Chicago<br><br>By:    /s/ *Bradley G. Wilson* |