IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Richard MARTINEZ, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF CHICAGO, *et al.*, <br><br> Defendants. | Case No. 20-cv-06252 <br><br> Hon. Mary M. Rowland |

## STATUS REPORT

Defendants, by and through their counsel, Celia Meza, Acting Corporation Counsel for the City of Chicago, respectfully submit this Status Report in connection with the briefing on Plaintiffs' motion for preliminary injunction, and state as follows:

1. As set forth in Defendants' prior status report, ECF No. 48, the City's Department of Public Health is in the process of reviewing Southside Recycling's supplemental submission to its permit application.

2. Due to the schedule for reviewing that submission, Defendants represent that no final permit will issue in this matter prior to March 1, 2021. Defendants emphasize that this status report is intended only to update the Court and the parties of the earliest date that the permit could issue.

3. Defendants will update the Court regarding further developments as to the permit review process or its timing.

1

2

| | |
|---|---|
| Date: January 19, 2021 | Respectfully submitted, |
| JOHN L. HENDRICKS<br>john.hendricks@cityofchicago.org<br>ANDREW W. WORSECK<br>andrew.worseck@cityofchicago.org<br>ANDREW S. MINE<br>andrew.mine@cityofchicago.org<br>BRADLEY G. WILSON<br>bradley.wilson@cityofchicago.org<br>City of Chicago Department of Law<br>Constitutional and Commercial<br>  Litigation Division<br>2 North LaSalle Street, Suite 520<br>Chicago, Illinois 60602<br>(312) 744-6975 / 7129 / 7220 / 7686<br><br>*Attorneys for Defendants* | CELIA MEZA,<br>Acting Corporation Counsel for<br>  the City of Chicago<br><br>By:    /s/ *Bradley G. Wilson* |

2